**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

John Doe,

    Plaintiff,

    v.                                           Case No. 1:18cv508

Denisa Bassett, *et al.*,               Judge Michael R. Barrett

    Defendants.

## ORDER

    Pursuant to notification by Plaintiff's counsel on March 23, 2022 that the legal question presented in this civil action is now moot;

    It is **ORDERED** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

    The Court retains jurisdiction.

    **IT IS SO ORDERED.**

                                                              */s/ Michael R. Barrett*
                                                              Michael R. Barrett, Judge
                                                              United States District Court